THOMAS J. COLEMAN, JR., Esq. (SBN: 145663)                              JS-6
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048

(323) 782-4521
(323) 782-4806 FAX

Attorney for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., <br><br> Petitioner, <br> vs. <br> Motocross the Movie, LLC, and Steve Austin, <br><br> Respondents. | CASE NO: CV08-05749 VBF (Ex) <br><br> JUDGMENT <br><br> DATE:  December 15, 2008 <br> TIME:   10:00 a.m. <br> CTRM:  9 <br><br> HON. VALERIE BAKER FAIRBANK |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Award of Petitioners Writers Guild of America, West, Inc. ("WGAW") came on to hearing before the Honorable Valerie Baker Fairbank.  Respondents Motocross the Movie LLC and Steve Austin were duly served with the Motion and the Notice of Motion but failed to file a responsive pleading or appear at the hearing.  The Court having considered the pleadings and documents on file orders as follows:

S:\VBF\1. CIVIL CASES\0CLOSED CASES\Writers Guild of America, 8-5749\Proposed Judgment.wpd

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Arbitration Award ("Award") signed by Sol Rosenthal, the sole neutral Arbitrator, on October 4, 2006 is confirmed in all respects.

2. Motocross the Movie, LLC and Steve Austin are jointly and severally ordered to immediately pay to the WGAW on behalf of Thomas Benedek, compensation in the amount of $23,795 plus interest thereon in the amount of $10,735.78 for the period through October 4, 2006. Interest continues to accrue on the sum of $23,795.00 at the rate of 1.5% per month from October 4, 2006 until said sum is paid in full;

3. Motocross the Movie, LLC, and Steve Austin are jointly and severally ordered to immediately pay to the WGAW on behalf of Thomas Benedek, pension and health contributions in the principal amount of $3,212.32 plus interest in the amount of $966.22 for the period through October 4, 2006. Interest continues to accrue on the sum of $3,212.32 at the rate of 1.0% per month from October 4, 2006 until said sum is paid in full.

4. Motocross the Movie, LLC, and Steve Austin are jointly and severally ordered to immediately pay to the WGAW one-half of the Arbitrator's fee of $1,875.00, in the amount of $937.50.

5. Motocross the Movie, LLC, and Steve Austin are jointly and severally ordered to immediately pay to the WGAW one-half of the court reporter's fee of $552.50, in the amount of $276.25.

6. Motocross the Movie, LLC, and Steve Austin are jointly and severally ordered to immediately pay to the WGAW attorney's fees in the amount of $1,500.00, together with costs in the amount of $350.00.

DATED: 12-19-08_____    _____
*Valerie Baker Fairbank*
United States District Judge